**Mildred Bih NGANG, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–1960.**

United States Court of Appeals, Fourth Circuit.

Submitted March 27, 2006.

Decided April 21, 2006.

Patrick G. Tzeuton, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Kristin K. Edison, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mildred Bih Ngang, a native and citizen of Cameroon, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Ngang's motion. *See* 8 C.F.R. § 1003.2(a), (c) (2005).

We accordingly deny the petition for review. We dispense with oral argument

---

**2.** *See United States v. Evans,* 416 F.3d 298, 300 n. 4 (4th Cir.2005).

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*